People v Pooler (2025 NY Slip Op 05534)

People v Pooler

2025 NY Slip Op 05534

Decided on October 8, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 8, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
ROBERT J. MILLER
WILLIAM G. FORD
LOURDES M. VENTURA, JJ.

2022-09012
 (Ind. No. 70361/20)

[*1]The People of the State of New York, respondent,
v
Keith Pooler, appellant.

Keith Pooler, Ossining, NY, appellant pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Jason Richards and Kevin C. King of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 3, 2024 (People v Pooler, 226 AD3d 705), affirming a judgment of the County Court, Nassau County, rendered October 7, 2022.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
BARROS, J.P., MILLER, FORD and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court